| | |
|---|---|
| 1 | Law Office of Michael J. Aed |
| | Michael J Aed, CA SBN 204090 |
| 2 | 2115 Kern Street, Suite 370 |
| | Fresno, California 93720 |
| 3 | Tel. (559 )825-4600 |
| 4 | Fax. (559) 272-8411 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00054-DAD-BAM |
| Plaintiff, | |
| v. | <u>STIPULATION AND ORDER TO</u> |
| RONNIE VASQUEZ, | <u>CONTINUE CHANGE OF PLEA HEARING</u> |
| Defendant. | |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Change of Plea hearing currently on calendar for June 19, 2017, at 10:00 a.m., be continued to June 26, 2017, at 1:30 p.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Attorney, MICHAEL J. AED, because the matter was inadvertently set on a date that the Attorney will be engaged in a preliminary examination in Department 23 of the Madera County Superior Court beginning at 9:30 AM on June 19, 2017 through June 21, 2017 in the matter of Serena Arroyo MCR054993. Counsel for Defendant has spoken with the Court Clerk and the Assistant U. S. Attorney, Jeffrey Spivak, who has no objection to this continuance and proposed date.

1

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 19, 2017 to June 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 13, 2017 /s/ Michael J. Aed
Michael J. Aed
Attorney for Defendant

Dated: June 13, 2017. UNITED STATES ATTORNEY'S OFFICE

/s/ Jeffrey Spivak
Jeffrey Spivak
Assistant U.S. Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the change of plea hearing in this case. Good cause appearing, the change of plea hearing as to the above named defendant currently scheduled for June 19, 2017, is continued until June 26, 2017, at 1:30 p.m. in courtroom 5 before District Judge Dale A. Drozd. The time period between June 19, 2017 and June 26, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 14, 2017**

UNITED STATES DISTRICT JUDGE