IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:17-CR-00054-1-DAD |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| RONNIE VASQUEZ, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Manuel F. Perez be appointed to represent the above defendant in this case effective *nunc pro tunc* to September 14, 2021, in place of the Federal Defenders Office.

This appointment shall remain in effect until further order of this court.

DATED: September 15, 2021

                                            */s/ Sheila K. Oberto*
                                            HON. SHEILA K. OBERTO
                                            United States Magistrate Judge